

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

Aaron Cuthbert Moona, Appellant

No. 06-16-00132-CR    v.

The State of Texas, Appellee

Appeal from the Criminal District Court No. 2 of Tarrant County, Texas (Tr. Ct. No. 1444745D). Memorandum Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find that the motion of the appellant to dismiss the appeal should be granted. Therefore, we dismiss the appeal.

We note that the appellant, Aaron Cuthbert Moona, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED OCTOBER 26, 2016
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk